# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGNATE INTERNATIONAL LIMITED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BB & COMPANY AB, a company of Sweden, doing business as Sigtuna and Amazon.com, Inc., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 2:18-cv-02404-MWF-PLA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER

This matter came before the Court by way of a Joint Stipulation filed by Plaintiff Magnate International Limited and Defendants BB & Company AB and Amazon.com, Inc. In view of the Stipulation, the Court here by **DISMISSES** the Complaint, with prejudice. The parties shall bear their own costs and attorneys' fees.

DATE: November 1, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge